| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Diamond G Inspection Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | 24-90530 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

**Current value of debtor's interest**

2. **Cash on hand**                                                                                                 $40,000.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                              $40,000.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

    11b. Over 90 days old:      960,975.14       -       73,496.96       =....        $887,478.18
                                face amount              doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                             $887,478.18
    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

Debtor   Diamond G Inspection Inc.                               Case number (If known) 24-90530
         Name

## Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Miscellaneous office furniture located at facility. | Unknown | | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Miscellaneous computers (7 or 8). | Unknown | | Unknown |
| 42. | **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | | | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| Debtor | Diamond G Inspection Inc. | | Case number (If known) 24-90530 |
|---|---|---|---|
| | Name | | |

| | **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1.  1 truck, trailers (see attached equipment list).   Truck stolen post-petition. Currently impounded. | Unknown | | Unknown |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>see attached schedule for description. | Unknown | | Unknown |
| | testing equipment and tools of trade.   Schedule attached. | $0.00 | Liquidation | $2,500,000.00 |
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.   Copy the total to line 87. | | | $2,500,000.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1.  Real Property and Improvements located at 11050 West Little York G, Houston TX 77041. | Fee Simple | Unknown | Appraisal | $1,850,000.00 |

Debtor  Diamond G Inspection Inc.  Case number (If known) 24-90530
      Name

| | | |
|---|---|---|
| 56. | **Total of Part 9.** | $1,850,000.00 |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | |
| 57. | Is a depreciation schedule available for any of the property listed in Part 9?<br>☒ No<br>☐ Yes | |
| 58. | Has any of the property listed in Part 9 been appraised by a professional within the last year?<br>☐ No<br>☒ Yes | |

**Part 10:  Intangibles and intellectual property**

59. Does the debtor have any interests in intangibles or intellectual property?

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| | **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites**<br>internet domain and website.   Currently nit functioning. | Unknown | | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>customer list | Unknown | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | $0.00 |
| | Add lines 60 through 65. Copy the total to line 89. | |
| 67. | Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?<br>☒ No<br>☐ Yes | |
| 68. | Is there an amortization or other similar schedule available for any of the property listed in Part 10?<br>☒ No<br>☐ Yes | |
| 69. | Has any of the property listed in Part 10 been appraised by a professional within the last year?<br>☒ No<br>☐ Yes | |

**Part 11:  All other assets**

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes Fill in the information below.

                                                                                                             **Current value of debtor's interest**

| Debtor | Diamond G Inspection Inc. | Case number (If known) | 24-90530 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>The Debtor believes it has predatory lending practice causes of action against the PCA lenders.   No action has been taken commenced by Debtor.<br>**Nature of claim**     Bank loan<br>**Amount requested**                      $0.00 | | Unknown |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |
| 76. | **Trusts, equitable or future interests in property** | | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | | $0.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>☒ No<br>☐ Yes | | |

Debtor   Diamond G Inspection Inc.  
          Name

Case number *(If known)* 24-90530

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---:|---:|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $40,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $887,478.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,500,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................>* | | $1,850,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,427,478.18   + 91b. | $1,850,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,277,478.18 |

**Diamond G Inspection Inc.**
**A/R Aging Summary**
As of October 10, 2024

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| 2W Services, LLC | 1,124.50 | 3,414.50 | 0.00 | 0.00 | 10,375.46 | 14,914.46 |
| 5 Fab Energy, Inc. | 9,829.41 | 3,947.25 | 0.00 | 0.00 | -2.00 | 13,774.66 |
| A&G Welding | 7,474.99 | 340.00 | 0.00 | 0.00 | 0.00 | 7,814.99 |
| Alloy Concepts | 500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 |
| Anadarko - TX | 0.00 | 0.00 | 0.00 | 0.00 | -2,345.91 | -2,345.91 |
| Andeavor - UT | 20,133.42 | 7,003.02 | 0.00 | 0.00 | -1,582.92 | 25,553.52 |
| Anschutz | 2,207.50 | 0.00 | 0.00 | 0.00 | 0.00 | 2,207.50 |
| Applied Energy Technology Corporation | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 |
| Axxiom Manufacturing, Inc. | 4,257.00 | 897.50 | 0.00 | 0.00 | -646.75 | 4,507.75 |
| Best Stainless & Alloys | 723.75 | 0.00 | 0.00 | 0.00 | 0.00 | 723.75 |
| BHI - UT | 12,216.50 | 573.50 | 0.00 | 0.00 | 0.00 | 12,790.00 |
| Bise Welding | 14,664.99 | 0.00 | 0.00 | 0.00 | 0.00 | 14,664.99 |
| BiSN | 1,716.75 | 1,030.50 | 0.00 | 0.00 | 0.00 | 2,747.25 |
| BlackWater Industries | 1,981.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,981.00 |
| BWFS | 22,534.50 | 0.00 | 0.00 | 0.00 | 0.00 | 22,534.50 |
| Coastal Row | 0.00 | 0.00 | 0.00 | 0.00 | -942.00 | -942.00 |
| Condor Pipeline | 0.00 | 0.00 | 0.00 | 3,886.00 | 4,777.50 | 8,663.50 |
| Constellation Industries | 8,302.56 | 0.00 | 0.00 | 0.00 | 0.00 | 8,302.56 |
| Cooper Machinery Services | 23,628.00 | 8,190.00 | 0.00 | 0.00 | -2.00 | 31,816.00 |
| CPS | 8,280.07 | 4,035.50 | 0.00 | 0.00 | 0.00 | 12,315.57 |
| Dynamic Systems, Inc. | 3,348.50 | 0.00 | 0.00 | 0.00 | 0.00 | 3,348.50 |
| ECS Southwest, LLP | 0.00 | 336.25 | 0.00 | 0.00 | 0.00 | 336.25 |
| Emerson | 3,690.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,690.00 |
| EML MFG | 5,099.38 | 0.00 | 0.00 | 0.00 | 0.00 | 5,099.38 |
| Enterprise - Houston | 3,712.01 | 0.00 | 0.00 | 0.00 | 0.00 | 3,712.01 |
| ETC-TX Pipeline Ltd | 933.25 | 0.00 | 0.00 | 0.00 | 846.50 | 1,779.75 |
| Fab Industries, Inc. | 250.00 | 2,787.45 | 0.00 | 0.00 | 0.00 | 3,037.45 |
| Fairbanks Morse | 1,068.75 | 0.00 | 0.00 | 0.00 | 0.00 | 1,068.75 |
| Finley Resources - UT | 0.00 | 3,236.00 | 0.00 | 0.00 | -1,208.50 | 2,027.50 |
| Flatland Energy Services, LLC | 1,921.03 | 0.00 | 0.00 | 0.00 | 0.00 | 1,921.03 |
| Gallop | 2,855.55 | 7,629.21 | 768.59 | 0.00 | -2,876.21 | 8,377.14 |
| Global Welding Services | 4,470.50 | 0.00 | 0.00 | 0.00 | 0.00 | 4,470.50 |
| Gowan, Inc. | 3,530.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,530.00 |
| Greens Bayou Pipe Mill, LP | 19,328.00 | 0.00 | 0.00 | 0.00 | 0.00 | 19,328.00 |
| Gulf Coast Lease Services | 2,505.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,505.00 |
| Gulf Coast Steel | 9,268.18 | 0.00 | 0.00 | 0.00 | 550.00 | 9,818.18 |
| Hallmark Industrial Supply | 7,415.25 | 3,576.75 | 651.25 | 0.00 | -0.06 | 11,643.19 |
| Harvest Midstream | 0.00 | 1,374.74 | 0.00 | 0.00 | 0.00 | 1,374.74 |
| High-Tech Fabrication, Inc. | 2,175.75 | 0.00 | 0.00 | 0.00 | 0.00 | 2,175.75 |
| Hilcorp Energy Co-Old Ocean | 1,631.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,631.00 |
| Houston Roll Pipe | 14,064.50 | 4,905.00 | 4,412.25 | 0.00 | 0.00 | 23,381.75 |
| HP Piping Solutions | 65,768.87 | 0.00 | 0.00 | 0.00 | 0.00 | 65,768.87 |
| Javelin - UT | 1,565.45 | 0.00 | 0.00 | 0.00 | 0.00 | 1,565.45 |
| K&H Fabricators | 5,001.75 | 0.00 | 0.00 | 0.00 | 0.00 | 5,001.75 |
| Kaler Energy Corporation | 4,446.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,446.00 |
| Kinetic Pressure Control | 675.00 | 0.00 | 0.00 | 0.00 | 0.00 | 675.00 |
| KODA - UT | 1,180.62 | 872.45 | 0.00 | 0.00 | 0.00 | 2,053.07 |
| Mark III | 744.30 | 0.00 | 0.00 | 0.00 | 0.00 | 744.30 |
| Mayekawa USA | 2,101.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,101.00 |
| MVP Holdings, LLC | 12,127.00 | 0.00 | 0.00 | 0.00 | 0.00 | 12,127.00 |
| New Mexico Gas Co. - NM | 95,608.51 | -2,896.07 | 2,983.82 | 0.00 | -127.46 | 95,568.80 |
| Orion Construction | 11,562.00 | 0.00 | 0.00 | 0.00 | 0.00 | 11,562.00 |
| Ovintiv | 1,544.75 | 2,259.00 | 0.00 | 0.00 | 0.00 | 3,803.75 |
| Oxy USA | 114,307.25 | 0.00 | 0.00 | 0.00 | 0.00 | 114,307.25 |
| PCM | 2,710.00 | 1,140.00 | 0.00 | 0.00 | 0.00 | 3,850.00 |
| PMEC | 6,244.00 | 9,352.50 | 0.00 | 0.00 | 0.00 | 15,596.50 |
| Power Service | 24,723.53 | 0.00 | 0.00 | 0.00 | 0.00 | 24,723.53 |
| Powertherm Maxim Silencers - New | 0.00 | 550.00 | 0.00 | 0.00 | 0.00 | 550.00 |
| Precision Drilling Company | 12,174.75 | 9,594.25 | 0.00 | 0.00 | 0.00 | 21,769.00 |
| Precision Welding & Fab / Grazco | 5,194.45 | 0.00 | 0.00 | 0.00 | 0.00 | 5,194.45 |

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---:|---:|---:|---:|---:|---:|
| Schuff Steel | 2,412.00 | 3,725.50 | 0.00 | 0.00 | 0.00 | 6,137.50 |
| Seifert Welding | 1,564.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,564.00 |
| South Coast Manufacturing | 1,601.00 | 980.50 | 0.00 | 0.00 | 0.00 | 2,581.50 |
| Spooltech | 5,725.75 | 2,250.00 | 0.00 | 0.00 | 0.00 | 7,975.75 |
| Targa - Atlas | 5,657.00 | 0.00 | 0.00 | 0.00 | -1,767.50 | 3,889.50 |
| Taylor Const. - UT | 15,814.00 | 1,156.50 | 0.00 | 0.00 | 0.00 | 16,970.50 |
| Terracon | 2,281.50 | 2,457.00 | 0.00 | 0.00 | -1,258.50 | 3,480.00 |
| Texas Childrens | 374.00 | 0.00 | 0.00 | 0.00 | 0.00 | 374.00 |
| TEXAS MADE WELDING | 1,277.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,277.50 |
| TRCW | 280.00 | 785.25 | 595.00 | 0.00 | -0.01 | 1,660.24 |
| TSI Laboratories Inc | 692.00 | 0.00 | 0.00 | 0.00 | 0.00 | 692.00 |
| USA Compression | 1,223.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,223.50 |
| Vangar LLC | 1,856.50 | 2,338.50 | 1,994.01 | 1,441.50 | 794.50 | 8,425.01 |
| Vessel Pro | 6,632.50 | 0.00 | 0.00 | 0.00 | 0.00 | 6,632.50 |
| VFuels | 650.00 | 0.00 | 0.00 | 0.00 | 0.00 | 650.00 |
| Welker, Inc. | 2,720.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,720.00 |
| Western Refining | 90,954.87 | 22,137.23 | 0.00 | 0.00 | -2,681.81 | 110,410.29 |
| WFMS, Inc. | 1,979.60 | 1,487.51 | 0.00 | 0.00 | 0.00 | 3,467.11 |
| Whiptail Midstream - NM | 1,560.23 | 0.00 | 0.00 | 0.00 | 0.00 | 1,560.23 |
| Whiteley Construction Services | 3,366.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,366.00 |
| Zealous Energy Services | 11,207.25 | 1,172.00 | 0.00 | 0.00 | 0.00 | 12,379.25 |
| TOTAL | 755,850.02 | 112,639.29 | 11,404.92 | 5,327.50 | 1,902.33 | 887,124.06 |
| | | | | | | |
| BWFS | 65,705.35 | 11,753.50 | 0.00 | 0.00 | 0.00 | 77,458.85 |
| Constellation Industries | 42,882.36 | 24,163.03 | 0.00 | 0.00 | 0.00 | 67,045.39 |
| Devon Energy | 77,352.06 | 31,694.17 | 0.00 | 0.00 | 0.00 | 109,046.23 |
| Global Welding Services | 7,345.45 | 0.00 | 0.00 | 0.00 | 0.00 | 7,345.45 |
| Greens Bayou Pipe Mill, LP | 48,854.50 | 37,653.00 | 1,131.00 | 0.00 | 0.00 | 87,638.50 |
| Lavaca Midstream | 0.00 | 2,995.50 | 0.00 | 0.00 | 0.00 | 2,995.50 |
| Murphy Exploration | 38,475.30 | 7,524.60 | 0.00 | 0.00 | 0.00 | 45,999.90 |
| OXY | 0.00 | 0.00 | 0.00 | 0.00 | 1,705.00 | 1,705.00 |
| Power Services | 40,160.90 | 43,974.39 | 0.00 | 0.00 | 0.00 | 84,135.29 |
| XCL Resources - UT | 3,828.00 | 2,597.00 | 0.00 | 0.00 | 0.00 | 6,425.00 |
| | 324,603.92 | 162,355.19 | 1,131.00 | 0.00 | 1,705.00 | 489,795.11 |

| EQUIPMENT | QUANTITY | Date Purchased | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Darkrooms - 6' Fiberglass | 45 | | 6,500 | 292,500 |
| Darkrooms - 6' Need Repair | 28 | | 2,000 | 56,000 |
| Film Processor | | | | |
| AGFA M-ECO | 4 | | 18,000 | 72,000 |
| AGFA NOVA | 2 | | 12,000 | 36,000 |
| AGFA NDT U | 2 | | 25,000 | 50,000 |
| Trailers | | | | |
| BWFS 40' | 1 | 2,017 | 35,000 | 35,000 |
| BISE 40' | 1 | 2,018 | 35,000 | 35,000 |
| GBPM 45' | 1 | 2,018 | 35,000 | 35,000 |
| Welder Qualification Trailer | 1 | 2,016 | 22,000 | 22,000 |
| Power Services 20' | 1 | | 15,000 | 15,000 |
| Spare 20' | 3 | | 15,000 | 45,000 |
| | | | | |
| Cobalt Exposure Device SPEC 300 | 2 | 2017, 2019 | 75,000 | 150,000 |
| Iridum Exposure Device SPEC 150 | 45 | | 8,000 | 360,000 |
| Iridum Exposure Device QSA | 3 | | 9,000 | 18,000 |
| Gamma Indudtries Pipeliner | 5 | | | |
| Crank Outs | 70 | | 800 | 96,000 |
| Source Tubes | 120 | | 85 | 11,900 |
| Faxitron X-Ray Cabinet 265 KeV | 1 | 2,023 | 23,500 | 23,500 |
| Film Digitizer GE F550B | 1 | 2,019 | 43,250 | 43,250 |
| Survey Meters ND-2000 | 90 | | 950 | 85,500 |
| RA-500 Rate Alarms | 80 | | 335 | 26,800 |
| Dosimeters | 96 | | 120 | 11,520 |
| UT Phased Array Unit | | | | |
| Olympus MX-2 | 2 | | 52,942 | 105,884 |
| EPOCH 1000 | 1 | | 9,000 | 9,000 |
| UT Conventional EPOCH 600 | 3 | | 6,500 | 19,500 |
| UT Conventional EPOCH LT | 7 | | 5,000 | 35,000 |
| UT Conventional Sonatest D-50 | 1 | | 5,000 | 5,000 |
| UT Conventional Sonatest | 1 | | 3,000 | 3,000 |
| UT Thickness Gauge | 20 | | 2,000 | 40,000 |
| Carestream HPX PRO CR Units | 2 | 2,019 | 60,535 | 121,070 |
| Carestream HPX PRO CR Units | 2 | 2,018 | 51,300 | 102,600 |
| Carestream HPX PRO CR Units | 2 | 2,015 | 50,280 | 100,560 |
| Bruker PMI Analyzer | 1 | 2,016 | 21,438 | 21,438 |
| DC Mag Unit TSI MP20006 | 1 | | 15,000 | 15,000 |
| Film Viewer | 45 | | 2,000 | 90,000 |
| Densitometer X-Rite | 38 | | 1,250 | 47,500 |
| | | | | |
| ForkLifts | | | | |
| Model Hestor | 1 | | 4,800 | 4,800 |
| Model H80XL-2 | 1 | | 12,500 | 12,500 |
| Polaris Rangers | | | | |
| 2010 | 1 | | 4,500 | 4,500 |
| H800EFI - 2015 | 1 | | 8,500 | 8,500 |
| EQUIPMENT TOTAL | | | | 2,265,822 |

Leasing Company has Lien, but would lov appy to sell

Misc Supplies

Cassettes, Belting, Lead
Consumables
UT Calibration Blocks
Transduicers, Cables