# Exhibit A

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-90530 (arp) |
| Diamond G Inspection, Inc. | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## AFFIDAVIT OF PROPOSED AUCTIONEER

THE STATE OF TEXAS   §
                                       §
COUNTY OF HARRIS   §

I, Ronald G. Moore, hereby make this solemn oath:

1.     I am an auctioneer, duly certified to liquidate assets at public and private sale in the State of Texas.

2.     I am the president of Plant & Machinery, Inc. ("**PMI**"). The firm maintains offices at 1304 Langham Creek Drive, Suite 454, Houston, TX 77084. PMI provides auction professional services and is on the list of approved auctioneers maintained by the Office of the U.S. Trustee for Region 7.

3.     The firm has been asked to conduct a sale of personal property of the estate in the referenced bankruptcy case.

4.     After a diligent review of the list of creditors and parties in interest in the case, I have determined that the firm has no connection with the above-named Debtor, the creditors in the case, or any other party-in-interest or their respective attorneys and accountants, the

United States Trustee, or any person employed in the office of the United States Trustee, except as otherwise disclosed herein:

- PMI has provided auctioneer services to the Trustee in other unrelated chapter 7 cases. PMI commonly provides auctioneer services to Chapter 7 trustees in Houston.

5.      I represent that the firm is a disinterested person as defined in 11 U.S.C.§101(14), and that it has no interests adverse to those of the estate.

6.      PMI's personnel and I are familiar with the United States Trustee's Guidelines for the Conduct of Auction Sales and will comply with same. PMI is on the list of approved auctioneers maintained by the United States Trustee, and subscribes to the blanket bond arranged by the United States Trustee.

_____

Ronald G. Moore

SUBSCRIBED AND SWORN TO BEFORE ME BY RONALD G. MOORE, this 23rd day of January, 2025.

_____

Notary Public in and for the State of Texas



DESIREE D MCKINNEY
Notary ID #134109436
My Commission Expires
December 16, 2026