# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 24-90530 (arp) |
| **Diamond G Inspection, Inc.** | § | |
| | § | Chapter 7 |
| Debtor. | § | |

## ORDER GRANTING TRUSTEE'S EXPEDITED (I) APPLICATION TO EMPLOY PLANT & MACHINERY, INC. AS AUCTIONEER AND (II) MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF LIENS & CLAIMS PURSUANT TO 11 U.S.C. §§ 363(b)

**CAME FOR CONSIDERATION,** on the Trustee's Application;[1] and after review of the Application and the evidence presented, the Court finds the Application should be granted. It is therefore:

**ORDERED** that Allison D. Byman, Chapter 7 Trustee, is authorized to employ Plant & Machinery, Inc, on the terms and conditions set forth in **Exhibit B** attached to the Application, which is hereby approved, for the sale of the property identified in the Motion; it is further

**ORDERED** that the Trustee is authorized to sell, but is not required to sell, any or all of the personal property Assets of the Debtor generally set forth in Schedules A|B by public, online auction commencing on or around February 27, 2025; it is further

**ORDERED** that the Assets sold at auction shall be sold free and clear of all liens, claims and encumbrances with the same attaching to the proceeds of the sale pursuant to 11

---

[1] Defined terms used herein shall have the same meaning ascribed to them in the Application.

U.S.C § 363(b). All sales are on an "AS IS WHERE IS" basis, with no representations or warranties of any kind, express or implied, including, but not limited to, merchantability or fitness for a particular purpose; it is further

**ORDERED** that the Trustee may execute the proposed agreement with PMI attached to the Motion as Exhibit B; it is further

**ORDERED** that PMI may collect a total of 18% in buyer's commissions that includes the software provider's 3% buyer's premium; it is further

**ORDERED** that PMI may receipt up to $29,201 for actual expenses as outlined in the proposed agreement attached to the Motion as Exhibit B before providing the Trustee with the net receipts from the auction; it is further

**ORDERED** that PMI shall provide to the Trustee a full accounting of all sums collected and disburse all auction proceeds to the Trustee within 20-days of the sale's completion; it is further

**ORDERED** that the stay imposed under Rule 6004(a) is hereby waived; it is further

**ORDERED** that the Trustee is hereby authorized to execute any and all documents necessary to consummate the above.