**MASTER SERVICE LIST**

| | |
|---|---|
| **DEBTORS:** | **REPRESENTED BY:** |
| DIAMOND G INSPECTION, INC. | VINCENT P SLUSHER |
| 10050 W. LITTLE YORK | 3633 ASBURY ST. |
| BUILDING G | DALLAS, TX 75205 |
| HOUSTON, YX 77041 | |
| | |
| **TRUSTEE:** | **REPRESENTED BY:** |
| ALLISON D BYMAN | JARROD MARTIN |
| BYMAN & ASSOCIATES PLLC | CHAMBERLAIN, HRDLICKA |
| 7924 BROADWAY | 1200 SMITH STREET, SUITE 1400 |
| SUITE 104 | HOUSTON, TX 77002 |
| PEARLAND, TX 77581 | |

*U.S. TRUSTEE*
US TRUSTEE
OFFICE OF THE US TRUSTEE
515 RUSK, SUITE 3516
HOUSTON, TX 77002

**CREDITORS OR PARTIES NOT RECEIVING E-FILING NOTIFICATIONS**

| | |
|---|---|
| 3E NDT LLC | AMERIFACTORS BANKS |
| 321 N. 8TH ST. | BOX 628328 |
| LA PORTE, TX 77571-3217 | ORLANDO, FL 32862-8328 |
| | |
| 4 | AMERIFI |
| UNITED STATES BANKRUPTCY COURT | C/O MICHAEL SCARPATI, ESQ. |
| PO BOX 61010 | 500 LOVETT BLVD, SUITE #225 |
| HOUSTON, TX 77208-1010 | HOUSTON, TX 77006-4094 |
| | |
| A&A GENPRO, INC. | AQUA TX |
| 2870 GESSNER RD STE C14 | PO BOX 70279 |
| HOUSTON, TX 77080-2556 | PHILADELPHIA, PA 19176-0279 |
| | |
| AADI INC. | ARSENAL FUNDING |
| PO BOX 2602 | 1250 HALLENDALE BEACH ROAD |
| FARMINGTON, NM 87499-2602 | HALLANDALE, FL 33009-4634 |
| | |
| ADDICKS FIRE& SAFETY | ASAP DRUG SOLUTIONS |
| 1800 SHERWOOD FOREST SUITE B-1 | PO BOX 7035 |
| HOUSTON, TX 77043-3019 | PASADENA, CA 91109-7035 |
| | |
| ALERT 360 | ASHLEY VALLEY WATER & SEWER ID |
| 2448 EAST 81ST ST. SUITE E4200 | PO BOX 7035 |
| TULSA, OK 74137-4250 | VERNAL, UT 84078 |
| | |
| AMERICAN EXPRESS (SWM) | AT&T |
| PO BOX 650448 | PO BOX 5014 |
| DALLAS, TX 75265-0448 | CAROL STREAM, IL 60197-5014 |
| | |
| AMERICAN EXPRESS NATIONAL BANK | AT&T |
| C/O BECKET AND LEE LLP | PO BOX 5019 |
| PO BOX 3001 | CAROL STREAM, IL 60197-5019 |
| MALVERN, PA 19355-0701 | |

AT&T MOBILITY
PO BOX 537104
ATLANTA, GA 30353-7104

BARCLAY MASTER CARD
CARD SERVICES PO BOX 13337
PHILADELPHIA, PA 19101-3337

BB SALES
7780 MANDARIN DR.
BOCA RATON, FL 33433-7424

BRYAN LABORATORY INC.
PO BOX
HOUSTON, TX 77230

CAPITAL ASSIST
C/O JOSEPH S. JACOBS, ESQ.
ERSHOWSKY VERSTANDIG PLLC 290
CENTRAL AV LAWRENCE, NY 11559-8507

CAPYTAL COM 3
333 W. COMMERCIAL ST.
EAST ROCHESTER, NY 14445-2400

CARESTREAM HEALTH INC.
DEPT. CH 19286
PALATINE, IL 60055-0001

CASTLE FUNDING
1425 37TH ST. SUITE 200
BROOKLYN, NY 11218-3768

CHEMTREC ACCOUNTS RECEIVABLE
PO BOX 791383
BALTIMORE, MD 21279-1383

CITY OF BLOOMFIELD
PO BOX 1839
BLOOMFIELD, NM 87413-1839

CITY OF FARMINGTON
101 N. BROWNING PARKWAY
FARMINGTON, NM 87401-7995

CO DEPT. OF PUBLIC HEALTH ENVIRON.
HAZ-RAD 3220
4300 CHERRY CREEK DR.
SOUTH DENVER, CO 80246-1523

COMCAST NM
PO BOX 60533
CITY OF INDUSTRY, CA 91716-0533

COOL TECH ICE
PO BOX 692461
HOUSTON, TX 77269-2461

FEDEX
PO BOX 660481
DALLAS, TX 75266-0481

CORPORATION SERVICE COMPANY
251 LITTLE FALLS
WILMINGTON, DE 19808-1674

CSC
251 LITTLE FALLS DR.
WILMINGTON, DE 19808-1674

CYPRESS-FAIRBANKS ISD ASSESSOR
1049 JONES ROAD SUITE 106
HOUSTON, TX 77065

DAVID E. WAGGONER
1118 EAST BLANCO DLVD.
BLOOMFIELD, NM 87413

DIAMOND G INSPECTION, INC.
10050 W. LITTLE YORK
BUILDING G
HOUSTON, TX 77040

DIRECTV
PO BOX 105249
ATLANTA, GA 30348-5249

DISA INC
DEPT 371 PO BOX 123731
DALLAS, TX 75312-3731

DOMINION ENERGY
PO BOX 27031
RICHMOND, VA 23261-7031

DYNASTY CAPITAL 23 LLC
96-14 METROPOLITAN AVE.
FOREST HILLS, NY 11375-6674

EMBARK SAFETY
PO BOX 780699
ORLANDO, FL 32878-0699

ENERGY WORLDNET
PO BOX 2106
DECATUR, TX 76234-6157

ESI FIRE & SECURITY
15821 EAST FREEWAY
CHANNELVIEW, TX 77530-4309

ERGOS TECH PARTNERS
6110 CLARKSON
HOUSTON, TX 77055-5404

EVIDENT SCIENTIFIC
78 WOERD AVE.
WALTHAM, MA 02453

IBS OF GREATER CONROE
3720 N. FRAZIER ST
CONRIE, TX 77303-1453

FUNCTION 4
12560 REED RD. SUITE 200
SUGAR LAND, TX 77478-3380

FUNCTION 4LLC
PO BOX 41602
PHILADELPHIA, PA 19101-1602

FUNDATION GROUP LLC
11600 SUNRISE VALLEY DRIVE SUITE 180
RESTON, VA 20191-1410

G&H GARBAGE SERVICE, INC.
331 N. VERNAL AVE.
VERNAL, UT 84078-1703

GUARDIAN
PO BOX 677458
DALLAS, TX 75267-7458

GUIDEPOINT SYSTEMS
25307 DEQUINDRE RD.
MADISON HEIGHTS, MI 48071-4241

HARRIS COUNTY, ET AL
P.O. BOX 2848
HOUSTON, TX 77252

HARRY W GIBSON
PO BOX 913
ALTO, TX 75925-0913

HEATON TIRE & WHEEL
1265 W. 500 SOUTH
VERNAL, UT 84078-2915

HIGGINBOTHAM
PO BOX 908 500 WEST 13TH ST.
FORT WORTH, TX 76102-4620

HIGHPOINT INSURANCE GROUP
4300 FM 2351
FRIENDSWOOD, TX 77546-2405

HOCKER INC.
13402 WEIMAN RD.
HOUSTON, TX 77041-2542

HOUSTON AREA SAFETY COUNCIL
PO BOX 621001
DALLAS, TX 75262-1001

LINGO
PO BOX 660344
DALLAS, TX 75266-0344

LLOYD'S REGISTER
PO BOX 301030
DALLAS, TX 75303-1030

IRS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

ISN SOFTWARE CORP
PO BOX 841808
DALLAS, TX 75284-1808

INDUSTRIAL NUCLEAR COMPANY, INC
14320 WICKS BLVD.
SAN LEANDRO, CA 94577-6710

INDUSTRIAL TRAINING SERVICES
120 MAX HURT DR.
MURRAY, KY 42071-7847

INTERSTATE BATTERY SYSTEM
PO BOX 8
CONROE, TX 77305-0008

JKN DOORS
13207 STAFFORD RD. SUITE 1000
MISSOURI CITY, TX 77489-2255

JOHN EDWARD BELUNEK
16219 CYPRESS POINT DR.
CYPRESS, TX 77429-1613

JONES, GILLASPIA & LLOYD LLP
4400 POST OAK PARKWAY SUITE 2360
HOUSTON, TX 77027-3440

KLINE'S WRAP-IT-UP
628 N. UNIVERSITY
NACOGDOCHES, TX 75961-4617

LANDAUER INC.
PO BOX 809051
CHICAGO, IL 60680-9051

LARRY & CINDY SHOPE
1786 S. 1500 E
VERNAL, UT 84078-8034

LEND BUG
260 WEST 35 STREET PH
NEW YORK, NY 10001-2528

LINDE GAS & EQUIPMENT
PO BOX 120812
DALLAS, TX 75312-0812

ON DECK D/B/A ODK CAPITAL LLC
175 W. JACKSON BLVD. STE
CHICAGO, IL 60604-2948

OVERTON FUNDING
2802 N. 29TH AVE
HOLLYWOOD, FL 33020-1506

MARTIN & MARTIN REAL ESTATE PARTNERSHIP
LTD ATTN. CODY MARTIN
7037 BRITTMOORE RD.
HOUSTON, TX 77041-3210

MOUNTAIN WEST SECURITY
PO BOX 12487
OGDEN, UT 84412-2487

MPM PRODUCTS
1718 E. GREVILLEA CT.
ONTARIO, CA 91761-8035

NDT REPAIR SERVICE & SUPPLY
7874 HWY. HWY. 182
MORGAN CITY, LA 70380-2464

NDT REPAIR SERVICE, INC.
ATTN: ANGELA MAHAFFEY
P.O. BOX 2931
MORGAN CITY, LA 70381-2931

NDT TEXAS
8701 KNIGHT RD.
HOUSTON, TX 77054-4405

NM ENVIRONMENT DEPT.
100 ST. FRANCIS DR. SUITE 2022
SANTA FE, NM 87501-1471

NM TAXATION & REVENUE DEPARTMENT
PO BOX 8575
ALBUQUERQUE, NM 87198-8575

NM TAXATION & REVENUE DEPT.
PO BOX 25127
SANTA FE, NM 87504-5127

NEW MEXICO TAXATION & REVENUE DEPT
PO BOX 25127
SANTA FE, NM 87504-5127

O&S QUICK CHANGE
2301 N. GRIMES
MESCALERO, NM 88340

ODK CAPITAL, LLC
1400 BROADWAY
NEW YORK, NY 10018-5300

ON DECK D/B/A ODK CAPITAL LLC
175 W. JACKSON BLVD. STE
CHICAGO, IL 60604-2948

OVERTON FUNDING
2802 N. 29TH AVE
HOLLYWOOD, FL 33020-1506

RUDY'S AUTO REPAIR
6617 W. SAM HOUSTON PKWY. N.
HOUSTON, TX 77041-5106

(P) PACIFIC POWER
ATTN: LEGAL ADMINISTRATOR
825 NE MULTNOMAH ST STE 2000
PORTLAND, OR 97232-2152

PAT'S PROPANE INC
PO BOX 840797
HOUSTON, TX 77284-0797

PETERSON & PETERSON PC
8555 WESTLAND WEST BLVD.
HOUSTON, TX 77041-1215

PINE ENVIRONMENTAL SERVICES
PO BOX 12488
NEWARK, NJ 07101-3467

PIPELINE TESTING CONSORTIUM
PO BOX 842566
KANSAS CITY, MO 64184-2566

PROSPERUM CAPITAL PARTNERS LLC
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

QSA GLOBAL
PO BOX 71726
CHICAGO, IL 60694-1726

QUALITY EQUIPMENT DISTRIBUTORS INC.
3176 ABBOTT RD. SUITE 700N
ORCHARD PARK, NY 14127-1081

RBLX FUNDING
500 W. PUTNAM AVE SUITE 400
GREENWICH, CT 06830

RELIANT ENERGY
PO BOX 650475
DALLAS, TX 75265-0475

ROCKET CAPITAL 3
1250 E. HALLENDALE BEACH BLVD.
HALLENDALE, FL 33009-4634

ROCKY MOUNTAIN LUBE & FILTER
PO BOX 1470
VERNAL, UT 84078-1470

ROCKY MOUNTAIN POWER
PO BOX 26000
PORTLAND, OR 97256

RUBICON GLOBAL
PO BOX 733963
DALLAS, TX 75373-3963

SAFETY SHOE DISTRIBUTORS
9330 LAYNDALE
HOUSTON, TX 77012-2705

SHARPE NDE LLC
2703 COASTAL OAK DR.
HOUSTON, TX 77059-6447

SOURCE PRODUCTION & EQT. CO
113 TEAL ST.
SAINT ROSE, LA 70087-4022

STRATA NETWORKS
PO BOX 400
ROOSEVELT, UT 84066-0400

TAPE PRODUCTS COMPANY
PO BOX 644917
PITTSBURGH, PA 15264-4917

THE STANDARD INSURANCE CO.
75 REMITTANCE DR. SUITE 1396
CHICAGO, IL 60675-1396

THORO CORP
708 1ST ST. STE601
HALLANDALE, FL 33009

VERIFIRCE
300 HOLIDAY SQUARE SUITE 100
COVINGTON, LA 70433-6146

VERIZON WIRELESS
PO BOX 660108
DALLAS, TX 75266-0108

VERNAL FIRE EXTINGUISHER
525 NORTH 2500 WEST
VERNAL, UT 84078-8266

VERTICAL 360 SERVICES
PO BOX 421446
HOUSTON, TX 77242-1446

VINCENT P SLUSHER
3633 ASBURY ST.
DALLAS, TX 75205-1848

WEX-FUEL
PO BOX 6293
CAROL STREAM, IL 60197-6293

WEX HEALTH
PO BOX 9528
FARGO, ND 58106-9528